UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-23104-CIV-WILLIAMS/TORRES

WOODARD-CM, LLC,

    Plaintiff,

vs.

SUNLORD LEISURE PRODUCTS, INC., *d/b/a*
PATIO RENAISSANCE, *et al.*,

    Defendants.

_____/

### ORDER

This matter is before the Court on Chief Magistrate Judge Edwin G. Torres' Report and Recommendations ("Report") (DE 141) on Defendants Albert Lord's f/k/a Ai Ping Luo's and Sunrise Casual Furniture, Inc.'s Motion to Dismiss (DE 73). Plaintiff filed a Response to the Motion (DE 83), to which Defendants Lord and Sunrise Casual Furniture filed a Reply (DE 93). However, no objections were filed to the Report, which recommends the Court deny Defendants Albert Lord's and Sunrise Casual Furniture, Inc.'s Motion. (DE 141 at 28.) Upon a careful review of the Report, the Motion, the Response and Reply, and the record, it is **ORDERED AND ADJUDGED** that:

1. Judge Torres' Report (DE 141) is **AFFIRMED AND ADOPTED**.

2. Defendants Albert Lord's f/k/a Ai Ping Luo's and Sunrise Casual Furniture, Inc.'s Motion to Dismiss (DE 73) is **DENIED**.

  **DONE AND ORDERED** in Chambers in Miami, Florida, this 25th day of March, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE